# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2350
_____

JONATHAN MICHAEL PIPES,

Appellant,

v.

CLEAN HARBORS, INC./ STARR
INDEMNITY & LIABILITY
COMPANY and SEDGWICK CMS,

Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
John P. Moneyham, Judge.

Date of Accident: June 26, 2023, and August 11, 2023.

January 23, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith Feddeler, Smith, P.A., Lakeland, for Appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for Appellees.